No. 61, Misc. WELLS *v.* CALIFORNIA, *ante*, p. 861. Motion for leave to file brief of John Pierce and others, as *amici curiae,* denied. Rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.

No. 61. NEVADA AND NEW YORK *v.* STACHER. Certiorari, 345 U. S. 991, to the Seventh Judicial District Court of Nevada, in and for the County of White Pine. Argued November 12, 1953.   Decided December 7, 1953. *Per Curiam:* Judgment reversed. *Biddinger* v. *Commissioner of Police,* 245 U. S. 128; *Pierce* v. *Creecy,* 210 U. S. 387.

*Jack Streeter,* Special Assistant Attorney General of Nevada, and *Paul W. Williams,* Special Assistant Attorney General of New York, argued the cause for petitioners. With them on the brief were *William T. Matthews,* Attorney General, and *George M. Dickerson,* Special Assistant Attorney General, for the State of Nevada, and *Nathaniel L. Goldstein,* Attorney General, *Wendell P. Brown,* Solicitor General, and *Edward L. Ryan,* Assistant Attorney General, for the State of New York. *Lemuel B. Schofield* filed an appearance for respondent.